[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 21, 2002
THOMAS K. KAHN
CLERK

----------------------------------------
No. 01-12338
----------------------------------------

D. C. Docket No. 97-00008 CV-1-MMP

ALLAN ROSS,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

-------------------------------------------------------------------
Appeal from the United States District Court
for the Northern District of Florida
-------------------------------------------------------------------
**(May 21, 2002)**

Before EDMONDSON, HILL and LAY*, Circuit Judges.

_____

• Honorable Donald P. Lay, U.S. Circuit Judge for the Eighth Circuit, sitting by designation.

BY THE COURT:

We sua sponte amend our opinion issued on 19 April 2002 and published at ___ F.3d ___ by striking the fourth sentence in the eighth paragraph of the opinion and substituting the following sentence:

Post-Richardson, if jurors cannot agree on what specific offenses make up the continuing series, the jury may not convict the accused of the CCE offense.